FILED
2019 Dec-05  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:19-cv-00464-LSC |
| ) | |
| CSX TRANSPORTATION, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The mediator has reported to the Court that a settlement has been reached in this matter.  (Doc. 22.)  Accordingly, this action is DISMISSED WITH PREJUDICE.  Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.  Costs are taxed as paid.

**DONE** and **ORDERED** on December 5, 2019.



L. Scott Coogler
United States District Judge

199335